<u>Affidavit in Support of Criminal Complaint and Search Warrant</u>

I, Ryan P. O'Neil, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and am currently assigned to the FBI's Bismarck Resident Agency. I have been employed by the FBI since 2003. One of my main duties is to investigate violent crimes that occur on the Standing Rock Indian reservation in North Dakota.

2. As a Special Agent with the FBI, I have authority to investigate violations of federal law. I also have authority to seek and execute federal process, to include application for search warrants and criminal complaints. I make this affidavit in support of a search warrant and a criminal complaint charging RYAN KEITH IRONROAD, a Native American male, with the offenses of Felony Murder, pursuant to 18 U.S.C. § 1111 and Assault with a Dangerous Weapon, pursuant to 18 U.S.C. § 113(a)(3).

3. This investigation has been conducted by the Bureau of Indian Affairs (BIA) and I have assisted. The information in this affidavit is based upon my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause for application for search warrant and a criminal complaint. As this affidavit is being submitted for the limited purpose of securing a search warrant and a criminal complaint, I have not included every fact known to me concerning this investigation.

4. On November 22, 2014 at approximately 11:10 p.m., the BIA Standing Rock Agency Dispatch received a call from the Mobridge 911 center reporting a stabbing at 198 Golden Eagle Ave., Fort Yates, North Dakota. The 911 call was recorded by the Mobridge 911 center and later reviewed. During the 911 call, the caller who was later identified to be Duane His Chase (Duane), stated some guy just came in and "knifed" somebody here. Duane identified the location as 198 Golden Eagle Ave., Fort Yates, North Dakota.

5. During the call, Duane indicated they "were making supper" and an unknown male walked in with a big knife and "cut this guy on the arm." Duane said the victim was cut on the arm and advised they did not see the stabbing. Duane identified the subject as wearing a mask and hood and being a young guy.

6. Duane said the victim was "going fast" and advised again to get to the residence quickly. Duane stated the subject demanded money and had a big knife. Duane said the

subject was gone. Duane said the victim was bleeding all over the place. Duane further described the knife as being a big black hunting/military knife with a serrated blade.

7. BIA Police Officer Delano Goodshield was the first officer on scene followed by Ofc. Brian Clouston. Officer Goodshield observed several puddles of blood on the living room floor of the residence and saw a male subject lying face down in between the living room and kitchen area. Goodshield made contact with two (2) other males in the kitchen area who were identified as Duane His Chase and Todd Lebeau.

8. Clouston later arrived and identified the victim as Clay Hagel (Clay). Goodshield noted Clay suffered a large cut to his arm and later observed a wound on his lower stomach area. Goodshield was advised by Duane that a young guy came barging into the residence holding a long black military type knife demanding money. Duane said the male kept waiving the knife around and pointing it at them. Duane said at first he thought it was a joke but when the male got angry and threatened them, he realized that it was for real. Duane said the male was young, tall, skinny build, with a black in color hooded pullover, and was wearing a face mask with red markings on the face.

9. Ofc. Clouston was advised by Ben Maui, a witness outside the residence, that Maui had observed a male wearing a black hooded sweatshirt and a brown colored mask run from the residence. Maui said the male fled south on Golden Eagle Ave and west between the two end houses on the southwest corner.

10. Hagel was transported to the Fort Yates IHS and then eventually transferred to Sanford Hospital in Bismarck, North Dakota for further treatment. The following morning, BIA Special Agent Derek Wichita was notified concerning the Clay Hagel stabbing and he further notified BIA SA Micah Ware. Agents were advised Clay was located at the Sanford ICU and just returned to Sanford ICU after surgery that morning. Clay was unable to provide a statement at that time.

11. On November 23, 2014 SA Ware attempted to make contact with Hagel at Sanford Hospital. SA Ware met with Clay's father who was identified as Clayton Hagel (Clayton) at Sanford ICU. Clayton said Clay was doing poorly and was not expected to live. SA Ware was allowed to meet with immediate family members of Clay and Dr. Jeanette Viney. Dr. Viney advised Clay had low blood pressure and suffered lacerations. Dr. Viney further stated that Clay's current health status was very bad and he was not improving and had been placed on a respirator.

12. SA Ware made notifications to other law enforcement personnel and advised of the seriousness of Clay's condition. SA Ware later responded to 198 Golden Eagle Ave.,

Fort Yates, North Dakota to assist SA Wichita and BIA SA Heath Rousseau with an on scene investigation and interviews.

13. On November 23, 2014, SA Rousseau and SA Ware conducted an interview with one of the eye witnesses to the stabbing. The witness was identified as Duane His Chase. Duane said a young guy came walking into the house and described the guy as wearing a black or dark hoodie with the hood tied up close around his face.

14. Duane said the suspect possibly had a red and white foam mask or possibly a red and white bandana. Duane described the knife as being black and approximately 8 to 10 inches in length and either a hunting or military knife. Duane said the suspect came into the house and demanded money. Duane said they thought he was joking around and they laughed at him at first. Duane said the suspect knew who Clay was because the suspect said "give me your money, I know you Hagel's are rich, you're a rich kid."

15. On November 23, 2014 after the agents completed processing the scene at 198 Golden Eagle Ave. in Fort Yates, North Dakota, the agents were advised that Clay Hagel had died from his injuries at the Sanford ICU.

16. On November 25, 2014, SA Wichita and Ware conducted an interview with Sando Cutler (Sando) at her residence in Fort Yates, North Dakota. Sando said "Colli Dog" (A.K.A. Collins Brown Otter) and Ryan Ironroad (IRONROAD) had recently had an altercation in Kenel, South Dakota. Sando said IRONROAD stole drugs from Collins. Sando said IRONROAD was upset with Collins and that Collins lived at 198 Golden Eagle Ave, the scene of the stabbing. Sando identified Taylor's boyfriend as Stephan Claymore. Sando said IRONROAD lived with his sister Nicole Kelly in Cannonball, North Dakota. Sando said IRONROAD told them what Collins did to him in South Dakota.

17. On November 26, 2014, SA Wichita and SA Ware conducted an interview with Stephan Claymore in Fort Yates, North Dakota. Stephan said that on November 22, in the early morning hours, Claymore gave IRONROAD a ride to and from Bismarck and that IRONROAD was sitting in the front passenger seat. Stephan said IRONROAD was asking if he was setting him up, and that IRONROAD seemed paranoid and upset. Stephan said IRONROAD whipped his knife out 5 to 6 times on him, and described it as a folding knife with a green handle. Stephan said IRONROAD stated that people were trying to set him up. Stephan indicated that he is aware that Collins Brown Otter lives at as 198 Golden Eagle Ave., Fort Yates, North Dakota.

18. Stephan advised IRONROAD and Collins Brown Otter recently went to South Dakota to sell narcotics. Stephan said Kelly Moore and four other people tried to jump IRONROAD, and that IRONROAD reported it to the police. Stephan advised IRONROAD kept saying "I'm going to fuck him up" and "I'm going to kill that mother fucker." Stephan said every time IRONROAD talked about doing something, IRONROAD kept pulling his knife out. Stephan said they drove by 198 Golden Eagle Ave, where Hagel was later killed, and IRONROAD was talking to himself saying "fucking mother fucker set me up" and then IRONROAD would brandish the knife. Stephan described IRONROAD as skinny, lanky, and taller. Stephan said he left IRONROAD and Brian Seewalker at Chelsea Luger's house around 12:00 p.m. on November 22, 2014.

19. On November 26, 2014, SA Wichita and SA Ware interviewed Taylor Black Cloud in Fort Yates, North Dakota. Taylor said she received a message from Facebook concerning a previous stabbing that IRONROAD was involved in stating he would stab anybody that tries to do something to him. While speaking with Taylor, Stephan contacted the agents and advised IRONROAD was on the phone and wanted to talk. SA Ware spoke with IRONROAD and IRONROAD agreed to meet with the agents at the Standing Rock Agency PD.

20. On November 26, 2014, SA Wichita and SA Ware met with IRONROAD at his mother's house in Cannonball, North Dakota. IRONROAD said in the morning on November 22, Stephan Claymore picked him up and took him to Bismarck. IRONROAD said he, Stephan, Brian Seewalker, and Taylor Black Cloud were present. IRONROAD said they went to the casino and then to Bismarck.

21. IRONROAD said later during the same day on November 22, 2014, he hung out at Chelsea Luger's house. Chelsea's house was identified by agents as being 301 Hawk Ave., Fort Yates, North Dakota. Chelsea's house was also identified as being a short distance southwest of the residence where Clay was stabbed. IRONROAD said he took a shower at Chelsea's house and she gave him some old clothes. IRONROAD said he always hangs out at Chelsea's house. IRONROAD said Chelsea gave him a black t-shirt, black sweat pants, but denied giving him a hoodie to wear.

22. IRONROAD said his sister Nicole Kelly always hangs out with Collins Brown Otter and said that Collins lives with his aunt identified as Sharon Many Wounds at 198 Golden Eagle Avenue. IRONROAD said he went to 198 Golden Eagle Ave, where the murder of Hagel occurred, either on Friday (November 21, 2014) or Saturday (November 22, 2014) looking for Collins Brown Otter to "fuck him up." IRONROAD said he

wanted to assault Brown Otter because Brown Otter "set him up." IRONROAD said that was earlier in the day, approximately 9:00 to 10:00 in the morning, after they got back from Bismarck.

23. IRONROAD said he walked over and knocked on the door and that he was also trying to have his sister Nicole lure Collins Brown Otter to a spot so that IRONROAD could assault him. The reason he did this was because she, his sister, was with Collins Brown Otter and she told him they were coming from McLaughlin, South Dakota and would be at the house in a little bit. IRONROAD said Nicole asked him where he was at and IRONROAD was trying to have Nicole get Collins to a spot where he could ask Collins "what the fucks up." IRONROAD confirmed that he was trying to lure Collins to a spot where he could "work him over" and fight him one on one.

24. IRONROAD advised he bought a black and green knife in Mobridge the day he was with Collins Brown Otter. IRONROAD said if he did do something to Collins, he would have a defense because he filed a police report in Mobridge and if he ended up hurting one of them they were after him first.

25. IRONROAD denied murdering Clay and was reminded that he already admitted to going to the house where the murder occurred with the intent to beat up Collins Brown Otter. IRONROAD said that was because his sister Nicole said Collins would be there. IRONROAD said he just wanted to confront Collins and ask him what's up.

26. During the interview, prior to being told that an attempted robbery occurred in conjunction with Hagel's stabbing, IRONROAD stated that someone went there to "rob" Sharon Many Wounds. When asked why he said someone robbed Sharon, IRONROAD said he was speculating that because Sharon many Wounds was a drug dealer, people would want to rob her. When asked who else would know that Sharon was a drug dealer and would be a good target for a robbery, IRONROAD stated "everybody probably… why…just me somehow… fuck."

27. IRONROAD indicated that sometime on November 22, Valdon Red Dog and "Charlie" Vivier picked him up at Chelsea Luger's and took him back to Cannonball. IRONROAD again admitted being in the vicinity of the location where Hagel was stabbed, but denied any knowledge about the stabbing.

28. On November 26, 2014, BIA investigators were contacted by IRONROAD's sister, Nicole Kelley. Kelley provided investigators with a folding knife with a green handle that she said belonged to her brother, IRONROAD. Kelley indicated she had obtained the knife from IRONROAD.

29. On November 26, 2014, SA Wichita and SA Ware conducted an interview with Chelsea Luger (Chelsea). Chelsea residence was identified as 301 Hawk Ave. Fort Yates, North Dakota. Chelsea's house is a short distance southwest from 198 Golden Eagle Ave. Chelsea said IRONROAD was at her house on Saturday, November 22, 2014, and said IRONROAD took a shower and changed his clothes at her house. Chelsea said IRONROAD borrowed some clothes that belonged to her friend.

30. Chelsea said IRONROAD borrowed a black and red shirt, black sweats, and could not remember what color "hoody" IRONROAD was wearing. Chelsea said IRONROAD was talking about Collins Brown Otter or how somebody was after him. Chelsea said IRONROAD left her house sometime in the evening after it was dark. Sometime later, IRONROAD returned to her house. He came straight inside and indicated he needed to use the phone. IRONROAD seemed to be in a hurry but did not say anything else to Chelsea. Chelsea advised that after using the phone and being in the bathroom, IRONROAD quickly left, without gathering his clothes he had left behind or saying goodbye.

31. On November 28, 2014, SA Wichita and SA Ware interviewed Valdon Red Dog. Valdon said that on November 22, 2014 IRONROAD contacted him and asked him if he could give him a ride back to Cannonball, and that he was at Chelsea Luger's house. Valdon and Margaret "Charlie" Vivier drove to Chelsea Luger's house. Valdon went to Chelsea's front door and knocked and asked if IRONROAD was ready. Valdon said the time was 10:00 p.m. to 11:00 p.m., consistent with the timeframe of the murder. Valdon said when IRONROAD exited the residence, IRONROAD retrieved a plastic red bag from underneath Chelsea's porch. Valdon did not know what was in the bag.

32. Valdon stated that when IRONROAD entered his vehicle, he lay down on the floorboards of the backseat and appeared to be hiding. Valdon noticed that IRONROAD was clutching the red bag tightly to his chest and appeared to be nervous and trying to hide from something. IRONROAD asked Valdon to stop by Sage Claymore's house, which was nearby. Valdon, IRONROAD, and Vivier traveled to Claymore's house, and IRONROAD identified a silver car parked nearby as belonging to Claymore. IRONROAD exited Valdon's vehicle and approached the silver car, which Claymore was seated in. IRONROAD and Claymore spoke, and while Valdon did not overhear their conversation, Valdon noticed IRONROAD was making a lot of animated hand gestures during the conversation. IRONROAD then returned to Valdon's vehicle, and IRONROAD, Valdon, and Vivier traveled directly to Cannonball. Valdon said they dropped IRONROAD off at his residence at 6103 Horseshoe Rd., Cannonball, ND, which is Nicole Kelly's house in Cannonball. Valdon described IRONROAD as wearing red

and silver shorts with red trim, a red sweater, and white Nike shoes, and holding the red plastic bag. Valdon specifically noticed IRONROAD was wearing shorts because it was cold that night and he thought it was odd that IRONROAD would be wearing shorts.

33. On December 1, 2014, SA Wichita and SA Ware conducted a second interview with IRONROAD. IRONROAD said if he murdered someone "it would be over something real and would not be over some bullshit." IRONROAD said if he was going to kill somebody he would not do it like that and said "it would be over something real at least 10 to 20 "G's" or a fucking couple pounds of dope." IRONROAD also stated that he would make sure there were no witnesses and shit.

34. When asked about the red bag he removed from under Chelsea Luger's house the night of the murder, IRONROAD stated that he and Brian Seewalker had stolen items from a vehicle belonging to Alton Woods, and that the red bag contained tennis shoes that they had stolen.

35. Sometime after this interview on December 1, the Standing Rock Police Department received a call from a neighbor of IRONROAD's in Cannonball. The neighbor reported that a male had just entered her home unannounced, and thrown a knife and digital scale down on her couch and walked out. BIA officers responded to the residence and collected the knife and scale. In a follow up interview with SA Wichita, the neighbor identified the person who entered her home and threw the knife and scale down as IRONROAD.

36. On December 3, 2014, SA Ware contacted Todd Lebeau in Fort Yates, North Dakota to conduct a follow up interview. SA Ware asked Todd if he could look at photographs of the two knives Agents had recovered during the investigation to see if he could identify either of them as the knife the male subject had used during the stabbing of Clay Hagel.

37. Todd looked at the photographs of the knives and confirmed neither was the knife. SA Ware asked Todd if he could listen to a recorded voice of a person to see if he could possibly recognize the voice. SA Ware played Todd an audio recording from a previous interview with IRONROAD. The recording did not identify IRONROAD, but contained a recording of his voice during the interview. Upon hearing the recording, Todd began crying and stated "that sounds like the voice." When asked how sure he was utilizing a scale from 1 to 100, Todd said he was 100% sure that was the voice. Todd stated "he scared the fuck out of me."

38. On December 4, 2014, SA Ware met with Duane His Chase at the Standing Rock Police Department. Duane was shown the same two photographs of the two knives collected during the investigation. Duane looked at the photographs and said neither was the knife. Duane said the knife he remembered was solid shank type of knife. Duane further described the knife as a black survival type of knife.

39. SA Ware played the same portion of interview that was conducted with IRONROAD for Duane. Duane listened and said "that is the voice of the guy that stabbed Clay." Duane said the beginning of the audio recording sounded the most familiar to him because of the higher pitch sound of the voice. Duane confirmed he was 100% sure it was the voice and said the voice "shook" him.

40. Both RYAN IRONROAD and the victim CLAY HAGEL are enrolled members of the Standing Rock Sioux Tribe, and are thus Indians as defined by federal law. This incident occurred in Ft. Yates, North Dakota, within the exterior boundaries of the Standing Rock Indian Reservation.

41. Based on the above, I believe there is probable cause for the issuance of a warrant to search 6103 Horseshoe Rd., Cannonball, ND 58528, a residence more particularly described in Attachment A, for the items described in Attachment B. I further believe there is probable cause to charge via criminal complaint, RYAN IRONROAD, with the offenses of Felony Murder, pursuant to 18 U.S.C. § 1111, and Assault with a Dangerous Weapon, pursuant to 18 U.S.C. § 113(a)(3).

The foregoing is true to the best of my knowledge and belief.

Ryan P. O'Neil
Special Agent
Federal Bureau of Investigation

Charles S. Miller Jr.
United States Magistrate Judge