IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| v. | Case No. _____ |
| RYAN KEITH IRONROAD | Violation:  18 U.S.C. §§ 1111, 113(a)(3), and 1153 |

COUNT ONE

**Murder**

The Grand Jury Charges:

On or about November 22, 2014, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

RYAN KEITH IRONROAD,

an Indian, with malice aforethought, unlawfully killed a human being, namely, Clay Hagel, during the perpetration of a burglary and robbery, and the acts occurred within Indian country, that is, within the exterior boundaries of the Standing Rock Indian Reservation;

In violation of Title 18, United States Code, Sections 1111 and 1153.

COUNT TWO

**Assault With A Dangerous Weapon**

The Grand Jury Further Charges:

On or about November 22, 2014, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

RYAN KEITH IRONROAD,

an Indian, did assault Clay Hagel, an adult male, with a dangerous weapon, namely, a knife, with intent to do bodily harm and without just cause and excuse;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

GLD/aap