UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

SOUTHWESTERN DIVISION

_____

UNITED STATES OF AMERICA,                          1:14-CR-239

                Plaintiff,

                                        MOTION TO COMPEL

vs.

RYAN IRONROAD,

                Defendant.

_____

The Defendant above-named, Ryan Ironroad, by and through his undersigned attorney, Assistant Federal Public Defender Ryan Costello, moves this Court for an Order pursuant to FED. R. CRIM. P. 12(b) and FED. R. CRIM. P. 16(a)(1)(F), compelling the Government to produce the scientific test results for the testing performed on the bloody fingerprint at the scene of the crime. The motion is based on the following:

**FACTS**

Clay Hagel was killed on November 22, 2014. A bloody fingerprint was left at the scene of the crime, specifically the screen door of Sharon Many Wounds' house. Photographs of the bloody fingerprint, along with copies of Mr. Ironroad's prints for comparison, were sent to the North Dakota State Lab for testing on or around the week of February 9th to 13th. As of this date, the Government has not provided the results of the State Lab testing. The undersigned has asked for the results several times, and the Government has explained the testing is not done. Special Agent Micah Ware has called or visited the State Lab and reports the testing is not complete.

**ARGUMENT**

Defendant further moves to compel the production of the State Lab test results for the tests performed regarding the bloody fingerprint at the scene of the crime. Under FED. R. CRIM. P. 16(a)(l)(A), Mr. Ironroad is entitled to disclosure of any and all scientific tests or experiments. There are three criteria under 16(a)(l)(A): (1) the tests and experiments must be within the government's possession or control; (2) the attorney for the government must know or be capable of knowing through due diligence that the items exists; and (3) the items must be material to preparing the defense or the government must intend to use the item in its case-in-chief at trial. *Id.*

In this case, Mr. Ironroad can meet all three criteria. The test results are either in the possession of the government or the government has control of the test results as the government has communicated with the State Lab. The government attorney knows the test results exist or are in the process of being created. Finally, the item is material to Mr. Ironroad's preparation of his defense and could certainly be used by the government in its case-in-chief at trial.

Mr. Ironroad is entitled to both exculpatory evidence as well as impeachment evidence that may help him at trial to defend himself. *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1972). This includes evidence that is in any way exculpatory of or favorable to the defendant, or consistent with his innocence or inconsistent with the defendant's guilt. Mr. Ironroad should be entitled to pretrial production of these test results so that the Court may avoid unnecessary recesses and delays for defense counsel to properly use any test results to prepare for trial or send the results out to be verified by an independent lab or expert.

WHEREFORE, Mr. Ironroad moves the Court for its Order directing the government to produce the lab test results and any corresponding materials immediately.

Dated this 1st day of May, 2015.

Respectfully submitted,

NEIL FULTON
Federal Public Defender

By:

/s/ Ryan M. Costello
Ryan M. Costello
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
324 North 3rd Street, Suite 1
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
Filinguser_SDND@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, the following document(s):

**Motion to Compel**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Gary Delorme
Gary.delorme@usdoj.gov

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

/s/ Ryan M. Costello
Ryan M. Costello
Assistant Federal Public Defender

3