IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00239 |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| RYAN KEITH IRONROAD, | |
| Defendant. | |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, respectfully moves for leave of this Court to file a dismissal of the indictment in this case, without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Although the United States does not make this motion lightly, following this Court's order suppressing evidence (DCD 63) and upon reevaluation of the case, it is the United States' position that the evidence is insufficient to warrant prosecution and sustain a conviction, and consequently in the interests of justice the indictment should be dismissed.  A trial involves a considerable expenditure of effort and money, and the United States is without means to successfully present an adequate case within the framework of the indictment.

This dismissal is made in good faith and is not made for the purpose of subjecting the defendant to harassment by the commencement of another prosecution at a different time or at a place.  In this regard, the United States reserves its right to bring charges by

criminal information based on further development of the case.  See United States v.

Mendenhall, 597 F.2d 639 (8th Cir. 1979) quoting United States v. Evers, 552 F.2d 1119,

1123 (5th Cir. 1977); see also DeMarrias v. United States, 487 F.2d 19, 21 (8th Cir.

1973) (noting that a dismissal pursuant to Rule 48(a) "does not bar subsequent

prosecution for criminal acts described in [the dismissed] indictment.")

Consequently, on the conditions outlined above, the United States hereby moves

for leave to dismiss the indictment against defendant, Ryan Keith Ironroad, without

prejudice.

Dated: November 10, 2015.

CHRISTOPHER C. MYERS
United States Attorney

By:   /s/   Gary L. Delorme
GARY L. DELORME
Assistant United States Attorney
P. O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
ND Bar Board ID No. 05845
Gary.Delorme@usdoj.gov
Attorney for United States

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

RYAN KEITH IRONROAD,

        Defendant.

Case No. 1:14-cr-00239

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, the following document(s):

UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Carey A. Goetz
cgoetz@bismarcklaw.com

Dated: November 10, 2015.

*/s/ Leigh Johnson*
LEIGH JOHNSON
Office of the United States Attorney