## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ryan Keith Ironroad, | ) | Case No.  1:14-cr-239 |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion to dismiss filed on November 10, 2015 (Docket No. 66), the Indictment against the Defendant, Ryan Keith Ironroad, is dismissed, without prejudice, as the Government states the evidence is insufficient to warrant prosecution and sustain a conviction at this time.

**IT IS SO ORDERED**.

Dated this 10th day of November, 2015.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court